## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **PATRICIA A. GARRETT,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **Civil Action No. 05-00480-WS-B** |
| | * | |
| **JO ANNE B. BARNHART,** | * | |
| **Commissioner of Social Security,** | * | |
| | * | |
| **Defendant.** | * | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 17, 2006, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 4th day of August, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE