IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PATRICIA A. GARRETT,** | * |
| **Plaintiff,** | * |
| vs. | * Civil Action No. 05-00480-WS-B |
| **JO ANNE B. BARNHART,** **Commissioner of Social Security,** | * |
| **Defendant.** | * |

## **JUDGMENT**

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for supplemental security income be **AFFIRMED.**

**DONE** and **ORDERED** this the 4th day of August, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE